UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ARTURO TOLENTINO,

    pro se Plaintiff,

  -against-

JENNIFER MITCHELL, M.D., Medical Physician
at Arthur Kill Correctional Facility; and
J. KAPLAN, M.D., Medical Physician at Arthur
Kill Correctional Facility,

    Defendants.
-----------------------------------------------------------X

**ORDER**

03-CV-6175 (DLI)(LB)

**DORA L. IRIZARRY, U.S. District Judge:**

  The court is in receipt of a letter, dated April 4, 2006, from defendant Joshua Kaplan M.D.'s counsel, clarifying footnote two of the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J. It is duly noted that the declaration of Leonard Stern, M.D. was submitted in support of defendant Joshua Kaplan's motion for summary judgment. Thus, no objections having been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated March 31, 2006; and upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

  ORDERED that the instant action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b); and it is further hereby

  ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.

DATED:  Brooklyn, New York
     April 11, 2006

                  _____
                  DORA L. IRIZARRY
                  United States District Judge